# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 169-1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Jose Sandoval | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/26/08. Defendant informed of his rights. Enter order appointing Mary Judge as counsel for defendant, for the initial appearance only. Defendant acknowledges understanding the charges and maximum penalty. Government seeks detention. Bond hearing held. Defendant waives his right to detention hearing at this time. Preliminary Examination is set for Thursday, 3/28/08 at 2:30 p.m.

00:30                                                                                                  Docketing to mail notices.

|  | Courtroom Deputy | CDH |
|---|---|---|