# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES:** ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** US vs. Jose Sandoval
**FOR:** N.D. of Ill **AT:** Chicago

**LOCATION NUMBER:** 08CR169

**PERSON REPRESENTED** (Show your full name): Mr. Jose Sandoval

FILED
FEB 26 2008
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

**CHARGE/OFFENSE** (describe if applicable & check box): ☒ Felony  ☐ Misdemeanor

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 4000/mte
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 400/mt
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___
THE SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ 380

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No    a car
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 5000   DESCRIPTION: Envoy GMC 2002 black

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 5
List persons you actually support and your relationship to them: Wife, 4 children

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| $1650.00 - rent | | $ | $ 650 |
| phone | | $ | $ 60.00 |
| food | | $ | $ 400-500 |
| money sent home | | $ | $ 1200-2000 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/26/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  Jose Sandoval