
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 169 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Jose Sandoval | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Government calls witness. Exhibit A is received by the Court. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Federal Defender, Mary Judge is appointed as counsel for the defendant for initial appearance and preliminary examination hearing only.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:08-cr-00169   Document 6   Filed 02/28/2008   Page 1 of 1

08CR169 - 1 USA vs. Jose Sandoval                                                                 Page 1 of 1