**FILED**

MAR 18 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 169 |
|  | ) |  |
|  | ) | Violations: Title 21, |
| v. | ) | United States Code, |
|  | ) | Sections 841(a)(1). |
|  | ) |  |
| JOSE SANDOVAL, a/k/a "Meechi" | ) |  |

JUDGE CONLON

MAGISTRATE JUDGE COLE

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 25, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE SANDOVAL, a/k/a "Meechi"

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, 1 kilogram or more of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about February 20, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSE SANDOVAL, a/k/a "Mcechi"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, a quantity of mixtures and substances containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY