

**Felony NF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUDGE CONLON

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE COLE

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 0169-United States v. Jose Sandoval, a/k/a "Meechi"   COLE

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES

8) Does this indictment or information include a conspiracy count?   NO X   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ........... (II)          ☐ Income Tax Fraud ......... (II)        ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)     ☐ Postal Fraud ............. (II)        ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery ......... (II)        ☐ Other Fraud ............. (III)        ☐ Immigration Laws ........... (IV)
   ☐ Post Office Robbery .... (II)      ☐ Auto Theft .............. (IV)         ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Other Robbery ........ (II)        ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
   ☐ Assault .............. (III)       ☐ Forgery ................. (III)        ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary ............ (IV)         ☐ Counterfeiting .......... (III)        ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)       ☐ Sex Offenses ............ (II)         ☐ Obscene Mail ............. (III)
   ☐ Postal Embezzlement .... (IV)      ☐ DAPCA Marijuana ......... (III)        ☐ Other Federal Statutes ........ (III)
   ☐ Other Embezzlement .... (III)      ☒ DAPCA Narcotics ......... (III)        ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21, United States Code, Sections 841(a)(1).

Michael Donovan (312) 886-2035
Assistant United States Attorney

(Revised 12/99)