## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 169 | **DATE** | 3/20/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JOSE SANDOVAL | | |

**DOCKET ENTRY TEXT**

Arraignment set on 3/24/08 is referred to magistrate judge. The government shall comply with Local Rule 16 by March 31, 2008. The case is set for status on April 7, 2008 at 9:00 a.m. for a guilty plea or to set a trial date.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|