Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 169 - 1 | **DATE** | 3/24/2008 |
| **CASE TITLE** | USA v. Jose Sandoval | | |

**DOCKET ENTRY TEXT**

Arraignment held. Patrick Blegen appears for the defendant on behalf of Robert Rascia. Defendant enters a plea of not guilty. The Government shall comply with Local Rule 16 1(a) by 3/31/08. Status hearing before Judge Conlon is set for 4/7/08 at 9:00 a.m. for a guilty plea or to set a trial date. Enter excludable time from 3/24/08 to and including 4/7/08 pursuant to 18 USC § 3161 (h)(1)(F) (X-E).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|