# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0169 | **DATE** | 4/7/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JOSE SANDOVAL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant is present. Status continued to 4/14/08 at 9:00 for plea hearing. Draft plea agreement shall be submitted to chambers by ~~4/4/08.~~ 4/11/08.

*Suzanne B. Conlon* [signature]

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|