Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0169 - 001 | **DATE** | 4/14/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JOSE SANDOVAL | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant is present. Defendant advised of his rights. Defendant withdraws his plea of not guilty and enters a plea of guilty to count one. A presentence investigation is ordered. The government shall submit its version of the offense to the probation office by 4/17/08. Sentencing is set on 6/19/08 at 1:30 p.m. Any objections to the presentence report shall be filed by 6/16/08 with a courtesy copy to chambers.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:45



| | Courtroom Deputy Initials: | WH |
|---|---|---|