# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 169 | **DATE** | 6/19/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JOSE SANDOVAL | | |

**DOCKET ENTRY TEXT**

Sentencing hearing held. Assistant U.S. Attorney Michael T. Donovan fails to appear. Defendant, who is in custody with two Deputy U.S. Marshals, defense counsel, the probation officer, and the official court interpreter are present. The sentencing hearing is delayed 15 minutes while the courtroom deputy attempts to reach AUSA Donovan and AUSA Gary Shapiro by telephone. Receiving no response, the hearing proceeds without any representative of the United States Attorney's Office appearing.

*Suzanne B. Conlon*

cc: Patrick J. Fitzgerald, United States Attorney. Notices mailed by Judicial staff.

00:45

| | Courtroom Deputy Initials: | WH |
|---|---|---|